COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| KORBEN MICHAEL CZIBIK, | § | No. 08-16-00188-CR |
|  | § | Appeal from the |
| Appellant, | | |
|  | § | 426th District Court |
| v. | § | of Bell County, Texas |
| THE STATE OF TEXAS, | § | (TC# 75482) |
| State. | § | |
|  | § | |

## O R D E R

The Court GRANTS Appellant's Pro Se Motion for Access to the Appellate Record. Therefore, this Court is hereby providing a hard copy of the appellate record, which consists of 1 volume of the Clerk's Record and 3 volumes of the Reporter's Record, via U. S. mail, to the Senior Warden, of the Clemens Unit, 11034 Highway 36, Brazoria, Texas, 77422, for use by the Appellant Korben Michael Czibik, # 02074578. The Warden or designated custodian of records shall make this record available to the appellant for purposes of preparing his appellate brief. Appellant's Pro Se brief shall be due in this office on or before **November 12, 2016.** The hard copy of this record does not need to be returned to this Court. Further, please note that copies of the exhibits are not provided and only a copy of the Index (Volume 4 of 4 of the Reporter's Record) has been provided.

IT IS SO ORDERED this 13th day of October, 2016.


PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.